UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE:   SIT-CO, LLC           CASE NO. 19-70172
         DEBTOR

### NOTICE OF OPPORTUNITY TO OBJECT

On September 13, 2019, the Debtor, SIT-CO, LLC, filed the following:

1. **Motion to Assume Lease of Executory Contracts (No Defaults) [Doc. 215]**

The Motion seeks to assume certain tower leases/executory contracts and to cure payment arrearages, if they exist. Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the undersigned and was previously mailed to you. If you do not want the motion to be granted, or if you want the Court to consider your views, then:

PLEASE TAKE NOTICE THAT any objection, or request for a hearing, must be filed with the Bankruptcy Clerk on or before October 1, 2019. Objections must comply with S.D. Ind. B-9013-1(d) and must be served on the party requesting relief. Those not required or permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person, to:

Clerk, U.S. Bankruptcy Court
Southern District of Indiana
352 Federal Building
101 NW M.L. King Jr. Blvd.
Evansville IN 47708

**NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Any objecting party must also serve a copy of the written objection upon Debtor's counsel, Sandra D. Freeburger, at the address shown below. If the objection is mailed, it must be **received** by the Court on or before the objection deadline shown above.

If no objections are timely filed, the Court may enter an order granting the relief requested along with any other relief as the Court deems necessary without conducting an actual hearing.

This the 17th day of September, 2019.

Respectfully submitted:

/s/ Sandra D. Freeburger
Sandra D. Freeburger, KY 23467
Deitz, Shields & Freeburger, LLP
P. O. Box 21
Henderson, KY  42419-0021
Tel:   (270) 830-0830
Fax:   (270) 830-9115
Email:  sfreeburger@dsf-atty.com

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the Notice of Objection to Motion to Assume Lease or Executory Contracts [Doc 215], and attached Exhibit A which lists the contracts being assumed, were electronically served upon the following parties through the Court's ECF System on September 17, 2019:

U. S. Trustee at ustpregion10.in.ecf@usdoj.gov

Ronald J. Moore, Trustee Office of the United States Trustee at Ronald.Moore@usdof.gov

J. Taylor Kirklin, United States Attorney Office, Southern District of Indiana at taylor.kirklin@usdoj.gov

Terri A. Running Esq., attorney for Northpoint at trunning@messerlikramer.com

R. Stephen LaPlante attorney for Northpoint Commercial Credit, LLC at slaplante@keatingandlaplante.com and rallen@keatingandlaplante.com

Spencer W. Tanner Esq., attorney for C WK's LLC at spencer.tanner@jacksonkelly.com

James E. Carlberg Esq., attorney for BB Community Leasing Services, Inc. at jcarlberg@boselaw.com

Marshall T. Kizner Esq., attorney for De Lage Landen Financial Services, Inc. at mkizner@stark-stark.com

Bradley Salyer, Esq., attorney for PNC at louretailbankruptcy@morganandpottinger.com

Terry G. Farmer Esq., attorney for William S Butterfield at tfarmer@fsolegal.com

Spencer W. Tanner Esq., attorney for BB&T Commercial Equipment Capital Corp at spencer.tanner@jacksonkelly.com

Joseph Hubert Langerak, IV Esq., attorney for Eric Day and Town of Elberfeld at joe.langerak@skofirm.com, teresa.koch@skoflrm.com

Debra Devassy Babu attorney for Altec Capital Services at ddevassy@,askounisdarcy.com and sshropshire@askounisdarcy.com

Charles Randall Woolley, Il, Esq., attorney for Altec Capital Services, LLC, at rwoolley@askounisdarcy.com

John R. Shreiber Esq., attorney for Kyle Enterprises LLC d/b/a Millennium at john.schreiber@wilaw.com

Michael L. McDanial Esq., attorney for U S Bank, NA at mmcdaniel@rubin-levin.net

Reynold T. Berry attorney for U S Bank NA at rberry@rubin-levin.net

Eric N. Engebretson Esq., attorney for Mainstream Fiber Networks, LLC at ene@whzlaw.com and arelen@whzlaw.com

Mark A. Warsco Esq., for W.A.T.C.H. TV COMPANY dba WATCH COMMUNICATIONS at mwarsco@rlwlawfirm.com

Amur Equipment Finance, Inc at elgal@amuref.com

Jillian Reed on behalf of Creditor Town of Elberfeld and Eric Day at jillian.reed@skofirm.com

Jackson Taylor Kirklin Esq., attorney for Federal Communications Commission at taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov

**and by first class U. S. Mail to the twenty (20) largest unsecured creditors, as follows:**

BB Community Leasing  Serv
P O Box 2188
Madison, WI 53701

BB&T Commercial Equipment
2 Country View Rd Ste 300
Malvern, PA 19355

CIT
21146 Network Place
Chicago, IL 60673

De Lage Landen
1111 Old Eagle School Rd
Wayne, PA 19087

Eric Day
361 E Brown Rd
Santa Claus, IN 47579

Hewlett-Packard Fin Srvs
13207 Collections Center Dr
Chicago, IL 60693

Insight
P O Box 731069
Dallas, TX 75373

IRS Bankruptcy Dept
PO Box 7346
Philadelphia, PA 19101-7346

Millennium
120 S Wright Street
Delavan, WI 53115

Northpoint Commercial Credit, LLC
6465 Wayzata Blvd St Louis Pk
Minneapolis, MN 55426

PNC Equipment
655 Business Center Drive
Horsham, PA 19044

Summit Funding Group
P O Box 550599
Jacksonville, FL 32255

Time Warner
P O Box 223085
Pittsburgh, PA 15251

Todd & Kim Mosby
12739 S 350 E
Haubstadt, IN 47639

US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258

Vectren
PO Box 6250
Indianapolis, IN 46206-6250

Western Equipment Finance
503 Hwy 2 W
Devils Lake, ND 58301

Zayo Group LLC
P O Box 952136
Dallas, TX 75395

**and upon the lessors as follows:**

Martin & Janet Schmidt
4424 Primrose Drive
Wadesville IN 47638

Neil Bryant
12593 Apache Pass
Evansville IN 47720

Steve Mitchell
3611 Ashbury Cemetery Rd
Elberfeld IN 47613

Branda Bean
1533 Sassafras Drive
Evansville IN 47712

Bob and Chris Bender
6000 Scherer Rd
Wadesville IN 47633

Dan Bittner
10687 S Oak Ridge E
Haubstadt IN 47639

Jeff Young
11501 Broadway Ave
Evansville IN 47712

Donald Winsett
4077 Bullocktown Rd
Boonville IN 47601

Jerry & Cheri Harpenau
11144 Maurer Rd
Boonville IN 47601

Alex Deig
6815 Ubelhack Rd
Mt Vernon IN 47620

Daron & Emily Nowark
12626 St Wendel
Evansville IN 47720

James Drees
2301 Parkside Dr
Wadesville IN 47638

Aaron & Lisa Farr
3101 Rexing Rd
Wadesville IN 47638

Mayor for the City of Oakland
314 N Main St
Oakland City IN 47660

Greg Wilson
11141 Forest Edge
Evansville IN 47712

Greg Govert
11405 E Bay View Ct
Evansville IN 47712

Quinton & Norma Hartman
18625 Owensville Rd
Haubstadt IN 47639

Anthony Hite
7853 South 950 W
Owensville IN 47665

Kelly Martin
11700 South 150 W
Haubstadt IN 47639

Michael Crabtree
5394 S State Rd 165
Owensville IN 47665

Josh & Chelsie Kern
10530 S Tri-Circle Lane
Haubstadt IN 47639

Joe Koester
4921 St Wendel Cynthiana Rd
Wadesville IN 47638

KBS Farms
Chris M Kolb, Member
4303 Duesner Rd
Evansville IN 47712

Kruse Farms
Alan G. Kruse, President
802 Creek Drive
Ft Branch IN 47648

Randy & Lu Ann Smith
8750 Hwy 62 East
Mt. Vernon IN 47620

Brad McManomy
10700 Yellow Leaf Dr
Evansville IN 47712

Daryl Shuck
4901 Longview Dr
Mt. Vernon IN 47620

John & Jim Niehaus
7100 New Harmony Rd
Evansville IN 47720

William & Miekka Cox
10712 South Oak Ridge Estates
Haubstadt IN 47639

Brian Bretz
2501 Oakfield Court
Wadesville IN   47638

Mayor for the
Town of Owensville
103 S Main St
Owensville IN 47665

Lane Schnell
310 St. Phillips Rd N
Evansville IN 47712

Donna Racine
10914 Parker Lane
Evansville IN 47712

Mike Ryan
188 Red Barn Rd
Boonville IN 47601

Seng Brothers Partnership
Greg Seng, Partner
4054 N State Road 545
Dubois  IN 47527

Amy Snodgrass
6651 Boardwalk Dr
Mt Vernon IN 47620

Raben Tire, Inc
Eric Glover, President
10410 E 450 S
Oakland City IN 47660

Andrew Weinzapfel
3515 St Phillips Rd
Evansville IN 47620

Dennis & Pamela Wilderman
13715 St Wendel Rd
Evansville IN 47720

Gibson Water, Inc
Duane Michel, President
1735 E 750 S
Fort Branch IN 47648

Jim Koester
11751 Diamond Island Rd
Wadesville IN 47638

Willis Carol
11514 Tere Ln
Evansville IN 47712

Consolidated Grain & Barge
Kevin D. Adams, President
1001 Hwy 190 Suite 200
Covington LA 70433

Music Ministries
Floyd Turner, President
1837 E SR 68
Haubstadt IN 47639

Mayor of the Town of Winslow
301 N Main St
Winslow IN 47598

Clarence & Susan Hopf
11333 S. Brookview Ct
Haubstadt IN 47639

Mike Leslie
1466 St Johns Rd
Chandler IN 47610

Malcolm Yancy
4901 Fletchal Rd
Wadesville IN 47638

Ziliak Farms, Inc
Joe Ziliak, President
1746 W 1300 S
Haubstadt IN 47639

Ronald Zimmerman
5145 W Franklin Rd
Evansville IN 47712

/s/ Sandra D. Freeburger
Sandra D. Freeburger KY 23467
DEITZ, SHIELDS & FREEBURGER, LLP
P. O. Box 21
Henderson KY 42419-0021
email: sfreeburger@dsf-atty.com
Tel: (270) 830-0830
Fax: (270) 830-9115